IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW ANTHONY LYNCH,** | Case No. C 13-1439 LHK (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **MARTIN D. BITTER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

1. Respondent is granted to and including March 3, 2014, to file an answer to, or motion to dismiss, the first amended petition for writ of habeas corpus.

2. If petitioner wishes to respond to the answer or motion to dismiss, he shall do so by filing a traverse to the answer or an opposition to the motion to dismiss with the court and serving it on respondent within thirty (30) days of the filing date of the answer or motion to dismiss.

///

1      3.    The Clerk shall serve by mail a copy of this order and the first amended petition (docket no. 9) and all attachments thereto upon respondent's attorney, the Attorney General of the State of California.

    IT IS SO ORDERED.

Dated: 1/9/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge